UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Michael Guy Rogan, | Civil No. 19-1880 (PJS/LIB) |
| Plaintiff, | |
| vs. | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| Minneapolis Department of Corrections Facility, et al., | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The entirety of Plaintiff Michael Guy Rogan's Complaint, [Docket No. 1], is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 6/8/20  
At Minneapolis, Minnesota

_____  
Patrick J. Schiltz, Judge  
United States District Court